IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tracy Barnes, #08515-021, | ) | C/A No.: 1:18-1181-JFA |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| Travis Bragg, Warden, | ) | |
| Respondent. | ) | |

On July 5, 2018, the court received Petitioner's request for an extension of time to respond to the Magistrate Judge's Report and Recommendation. (ECF No. 14). The court grants Petitioner's request, and therefore Petitioner has thirty (30) days from the date of this order to file objections to the Magistrate's Report and Recommendation.

IT IS SO ORDERED.

July 5, 2018
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge